## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Vincent Tremblay, et al.
                                    Plaintiff,

v.                                                  Case No.: 1:16−cv−08186
                                                    Honorable Manish S. Shah

Pizza Rustica, Inc., et al.
                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, December 6, 2016:

     MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Settlement conference is set for 3/16/2017 at 2p.m. Parties are to review and to comply with this Court's Standing Order Setting Settlement Conference which is available through the Court's webpage available at www.ilnd.uscourts.gov. Plaintiff's counsel to submit a written itemization of damages and settlement demand to defendants' counsel with a brief explanation of why such a settlement is appropriate on or before 2/16/2017. An electronic copy of this submission must also be sent to the Court's proposed order box at the same time, Proposed_Order_Cox@ilnd.uscourts.gov. Defendants' counsel to submit a written offer to plaintiff's counsel and the Court's proposed order box with a brief explanation of why such a settlement is appropriate on or before 3/2/2017. The settlement conference date may only be changed by the granting of a motion. Mailed notice (np, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.