IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Vincent Tremblay and Kathryn Velisek individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>Pizza Rustica, Inc. dba Pizza Rustica and Juliana Montebello-Roman, individually, Defendants | Case No. 1:16-cv-8186<br>Judge: Hon. Manish S. Shah<br>Magistrate Judge: Hon. Susan E. Cox |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs. On April 1, 2017, absent a motion by either party to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted on Monday, March 3, 2017.

/s/ Valentin T. Narvaez
Plaintiffs' counsel
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL 60646

/s/ Ryan T. Benson
Defendants' counsel
O'HAGAN MEYER LLC
One E Wacker Drive
Suite 3400
Chicago IL 60601